IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE YOUNG,                         No. CIV S-09-3279-MCE-CMK-P

      Petitioner,

  vs.                                          ORDER

D.K. SISTO,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a prison disciplinary proceeding. Petitioner has filed a notice of voluntary dismissal. Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). All other pending motions are denied as moot. The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

DATED: March 25, 2010

                                              _____
                                              CRAIG M. KELLISON
                                              UNITED STATES MAGISTRATE JUDGE